UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY MEDLIN, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Dismiss Indictment [DE-280]. The Government has filed a Response [DE-288], and this matter is now ripe for disposition.

In his Motion to Dismiss, Defendant notes that co-defendant George Myron Adams filed a Motion to Dismiss the Indictment based on pre-indictment delay [DE-247] and Defendant "adopts the factual assertions and legal arguments made by Mr. Adams in his motion to dismiss and joins in the Motion to Dismiss." [DE-280.] On May 7, 2013, the undersigned entered an order [DE-283] denying co-defendant George Myron Adams' Motion to Dismiss the Indictment. For the reasons set forth in that order, Defendant's Motion to Dismiss Indictment [DE-280] must also be DENIED.

SO ORDERED.

This, the ___21___ day of May, 2013.

*/s/ James C. Fox*
JAMES C. FOX
Senior U.S. District Judge