UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12 CR 351- F(3)

UNITED STATES OF AMERICA

v.

ORDER TO SEAL DOCUMENTS

LARRY WAYNE MEDLIN

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed by defendant and designated as DE 341.

So ORDERED this the 20th day of December, 2013.

*James C. Fox*
JAMES C. FOX
SENIOR US DISTRICT JUDGE